ABSTRACT OF JUDGMENT

**Re:** Titan Consortium 1, LLC v. The Argentine Republic

Case Number: 1:26-mc-00454-RA

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| The Argentine Republic | Titan Consortium 1, LLC |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $390,907,115.55 | Matthew D. McGill<br>King & Spalding LLP<br>1700 Pennsylvania Avenue NW<br>Suite 900<br>Washington, DC 20006<br>202-737-0500<br>Email: matthew.mcgill@kslaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | 12/10/2024 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York **, New York**

**TAMMI M. HELLWIG, Clerk of Court**

______________________________

**By,** **Deputy Clerk**